# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 5/24/2012                                                                 Case Number 2:12-cr-00085
Case Style: USA vs. Diane E. Shafer
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                                  Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government John Frail


Attorney(s) for the Defendant(s) Dwane Tinsley


Law Clerk                                                                        Probation Officer Alex Alvarez

## Trial Time

## Non-Trial Time

Plea Hearing

## Court Time

1:36 pm   to 2:38 pm
Total Court Time: 1 Hours 2 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:36 - case called - purpose of hearing for defendant to enter plea to the one-count information pursuant to plea agreemen
defense counsel says that is correct

Defendant sworn - gave personal information

Court read information - defendant understands
Court gave elements - defendant understands

Waiver of indictment received and filed

Court explained plea agreement - defendant understands

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

Defendant gave factual basis

Court finds factual basis, accepts plea and plea agreement, and adjudges defendant guilty

Directs PSI - sentencing set for 1:30 pm on August 24, 2012

Bond - defendant released on $10,000 unsecured bond

2:38 concluded

**District Judge Daybook Entry**