# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 9/18/2012                                                     Case Number 2:12-cr-00085
Case Style: USA vs. Diane E. Shafer
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                      Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government John Frail

Attorney(s) for the Defendant(s) Dwane Tinsley

Law Clerk                                                           Probation Officer Alex Alvarez

## Trial Time

## Non-Trial Time

## Court Time

1:34 pm   to 2:01 pm
Total Court Time: 0 Hours 27 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 case set

1:34 - case called - defendant sworn - defense counsel over PSR with defendant thoroughly and he understands - defendant read PSR, went over with attorney, he explained, understands everything

Objections - no objections - objections in addendum were withdrawn

Report is factually accurate

Parties agree TOL 6 + I = 0-6 months in Zone A

Mitigation - defense counsel, government

Court stated reasons for sentence including 3553(a) factors finding the guideline range appropriate

Sentence - 6 months - 1 year supervised release - $5,000 fine paid within 20 days

Self-report on 11/6/12

14 days to appeal

2:01 concluded